**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-1066**

_____

MARTIN MARINOFF,

                                   Plaintiff - Appellant,

       versus

DOUGLAS DUNCAN, Executive Officer, Montgomery
County Government,

                                   Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  J. Frederick Motz, Chief District Judge.
(CA-00-2010-JFM)

_____

Submitted:  May 17, 2001          Decided:  May 22, 2001

_____

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Martin Marinoff, Appellant Pro Se.  Linda B. Thall, Senior Assis-
tant County Attorney, Rockville, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

   Martin Marinoff appeals the district court's order granting Defendant's motion for summary judgment in Marinoff's action under the Americans with Disabilities Act.  We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court.  <u>See Marinoff v. Duncan</u>, No. CA-00-2010-JFM (D. Md. Dec. 7, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>